**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KERRY VINA

    Plaintiff,                              **CASE NO.: 8:18-CV-02715-JDWS-JSS**

v.

COMENITY LLC, d/b/a COMENITY BANK,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    COMES NOW, Defendant, by and through its undersigned counsel, and hereby gives notice that Plaintiff, Kerry Vina and Defendant Comenity LLC (hereinafter "The Parties") have settled the case, and Defendant is awaiting a dismissal with prejudice to be filed by Plaintiff.

Dated: January 11, 2020

                                              Respectfully submitted by:

                                              /s/ Charles J. McHale
                                              **GOLDEN SCAZ GAGAIN, PLLC**
                                              Charles J. McHale, Esquire
                                              FBN:  0026555
                                              201 North Armenia Avenue
                                              Tampa, FL  33609
                                              Phone:  813-251-5500
                                              Fax:  813-251-3675
                                              Email: cmchale@gsgfirm.com
                                              Attorneys for Defendant