UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KERRY VINA,

    Plaintiff,

v.                                                              Case No: 8:18-cv-2715-T-27JSS

COMENITY, LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is a Notice of Settlement filed by Defendant. (Dkt. 12). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., Plaintiff's claims against Defendant are **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. The clerk is directed to terminate all pending motions as moot.

    **DONE AND ORDERED** this 16th day of January, 2020.

                                        JAMES D. WHITTEMORE
                                        United States District Judge

Copies to:
Counsel of Record

1